SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

DEC 21 2018

JULIA C. DUDLEY
BY: /s/ signature
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

IN THE MATTER OF THE SEARCH OF:

DISCORD USER NAME:
MADDIMENSION#1647
DISCORD USER ID:
310071195057782788

Case No. 3:18mj00040

**Filed Under Seal**

## MOTION TO SEAL

COMES NOW the United States of America through its attorney and requests that the accompanying Search and Seizure Warrant, the Application for Search and Seizure Warrant, the Search and Seizure Warrant Affidavit and Attachments, the Inventory Return, this Motion to Seal, the Order to Seal, the Motion for Non-Disclosure of Legal Process, and the Order for Non-Disclosure of Legal Process be placed under seal of this Court for the following reasons:

1. The government states that the disclosure of the documents could alert suspects in a criminal investigation and/or hinder the government's efforts in the investigation by causing the flight of the target and/or confederates, as well as the destruction of evidence.

2. Therefore, the United States respectfully requests that these materials be placed under seal for a period of 180 days, or until further order of this Court, to give the United States sufficient time to receive, review, and process the warrant return materials.

Respectfully submitted,

THOMAS T. CULLEN
UNITED STATES ATTORNEY

*s/Ronald M. Huber*
Ronald M. Huber (VA Bar No. 31135)
Assistant United States Attorney
255 W. Main Street, Suite 130
Charlottesville, Virginia 22902
Ron.Huber@usdoj.gov

1