SEALED

3:18mj00040

## ATTACHMENT A

**Property to be Searched**

This warrant applies to information associated with the Discord account which is affiliated with the Discord User Name **MadDimension#1647** and/or Discord User ID **310071195057782788, including but not limited to a snapshot made by DISCORD of its servers on August 14, 2017,** that are stored at premises owned, maintained, controlled, or operated by Discord, Inc., a company headquartered in San Francisco, California.