# ATTACHMENT B

**Particular Things to be Seized**

I. **Information to be disclosed by Discord (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Discord, Inc., d.b.a. Discord ("Discord"), including any messages, records, files, logs, or information that have been deleted but are still available to Discord, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Discord is required to disclose the following information to the government for each user ID listed in Attachment A:

(a)  All identity and contact information, including full name, user ID, e-mail address, physical address (including city, state, and zip code), date of birth, gender, hometown, occupation, and other personal identifiers;

(b)  The dates and times at which the account and profile were created, and the Internet Protocol ("IP") address at the time of sign-up;

(c)  All IP logs;

(d)  All private messages sent or received by the user and all group messages or conversations in which the user was a participant, whether by text, audio, or other means;

(e)  All data and information associated with the profile page, including photographs, videos, music and other audio files, lists of personal interests and preferences, journals or web logs ("blogs"), bulletins, news feeds, links to other locations on the Internet, "About Me" entries, and comments;

(f) A list of all of the user's "friends" on Discord;

(g) All privacy and account settings;

(h) Any recorded voice conversations to which the user is a party;

(i) All information about the user's access and use of applications on Discord;

(j) All records pertaining to communications between Discord and any person regarding the user or the user's Discord account, including contacts with support services and records of actions taken.

(k) All records of Discord searches performed by the account;

(l) The types of service utilized by the user;

(m) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number).

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of 18 U.S.C. § 2101 involving JASON KESSLER including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

(a) Organizing an event using a facility of interstate commerce

(b) Planning for acts of violence at the event

(c) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).