SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

DEC 21 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>DISCORD USER NAME:<br>MADDIMENSION#1647<br>DISCORD USER ID:<br>310071195057782788 | Case No. 3:18mj00040<br><br>**Filed Under Seal** |

## NON-DISCLOSURE ORDER

A federal search warrant has been issued to **DISCORD, INC. d.b.a. DISCORD** pertaining to its customer with **DISCORD User Name: MADDIMENSION#1647 and DISCORD User ID: 310071195057782788**. It is a finding of this Court that the search warrant was issued as a part of an investigation being conducted within the lawful jurisdiction of the federal grand jury. Further, pursuant to Title 18, United States Code, Section 2705(b), there is reason to believe that notification of the existence of this subpoena by **DISCORD** to its account holder would seriously jeopardize that grand jury investigation. It is a finding of the Court that no notice to a subscriber is required pursuant to Title 18, United States Code, Section 2703(b)(1)(A).

Accordingly, pursuant to Title 18, United States Code, Section 2705(b), it is an Order of this Court that **DISCORD** shall <u>not</u> notify its account holder that records have been obtained or that a request for records has been made by the federal grand jury for a period of 180 days from the date of this Order.

1

The Clerk of this Court shall certify two copies of this Order to Ronald M. Huber, Assistant United States Attorney, United States Attorney's Office, 255 W. Main Street, Room 130, Charlottesville, Virginia, 22902.

ENTERED this 21st day of December 2018.

_____
MAGISTRATE JUDGE JOEL C. HOPPE