CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
10/23/2019
JULIA C. DUDLEY, CLERK
BY: s/ J. Vasquez
DEPUTY CLERK

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 3:18mj00040 | Date and time warrant executed: 12/21/2018 12:47pm | Copy of warrant and inventory left with: email |
|---|---|---|

Inventory made in the presence of: N/A

Inventory of the property taken and name of any person(s) seized:

A copy of the warrant was emailed to lawenforcement@discord.com at 12:47pm on 12/21/2018. An email was received from Discord on 1/28/2019. The email was sent by Sean Li, General Counsel at Discord. The email contained hyperlinks to download the files which were responsive to the warrant. Those files have been downloaded, burned to a DVD and stored in FBI files. The file names are as follows:
6b0726e76f6e4d9aae0ea9ff98271433.zip
user-310071195057782788_0814_snapshot.zip
310071195057782788.pdf
Search warrant readme.pdf

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/23/2019

Executing officer's signature

W. Wade Douthit, Special Agent
Printed name and title

Received in chambers by reliable electronic means on October 23, 2019.